MINUTE ENTRY
AFRICK, J.
March 10, 2023
JS-10 00:15

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL ACTION** |
| **VERSUS** | **No. 22-212** |
| **RODNEY VICKNAIR** | **SECTION I** |

On this date, at the request of the parties, the Court held a status conference with counsel for the government and counsel for the defendant participating. No discussion as to the substance of any potential revised plea agreement was had.

New Orleans, Louisiana, March 10, 2023.

_____
**LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE**