UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO.   22-212 |
| VERSUS | SECTION "I" |
| RODNEY VICKNAIR | VIOLATION: 18 U.S.C.§ 242 |

## NOTICE OF RESTITUTION HEARING

Take Notice that this criminal case hearing has been set for **MAY 3, 2023** at **2:00 P.M.**, before U.S. District Judge Lance M. Africk, 500 Poydras Street, Courtroom C427, New Orleans, LA 70130.

**\*\*IMPORTANT NOTE:   PHOTO I.D. IS REQUIRED TO ENTER THE BUILDING\*\* PERSONS ON BOND MUST REPORT TO THE DEPUTY U.S. MARSHAL IMMEDIATELY OUTSIDE THE AFORESAID COURTROOM FOR EVALUATION AND SEARCH 15 MINUTES PRIOR TO APPEARANCE.**

Date:   March  14,  2023                    CAROL MICHEL, CLERK

TO:                                          Issued by:   Bridget Gregory, Deputy Clerk

Rodney Vicknair   **(BOND)**                AUSA:     Tracey Knight and Fara Gold

                                             S/A Chad Michael, FBI

Counsel for defendant:
Townsend M. Myers                            U.S. Marshal
4907 Magazine St                             U.S. Probation Office
New Orleans, LA 70115                        U.S. Probation Office - Pretrial Services Unit
Email: townsend@nolacriminallaw.com

                                             **JUDGE**

                                             **MAGISTRATE**

**If you change address,**
**notify clerk of court**                    COURT REPORTER COORDINATOR
**by phone, 589-7752**                       INTERPRETER:   **NONE**