UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL ACTION** |
| **VERSUS** | **No. 22-212** |
| **RODNEY VICKNAIR** | **SECTION I** |

### ORDER

Considering the defendant's unopposed motion[1] for an extension of the date on which he is required to report to a Bureau of Prisons institution,

**IT IS ORDERED** that the motion is **GRANTED**.

**IT IS FURTHER ORDERED** that the defendant is ordered to surrender to the designated institution on or before **JULY 17, 2023** at noon.

New Orleans, Louisiana, May 11, 2023.

_____
LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE

---

[1] R. Doc. No. 56.